UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KENNETH RAY ADKINS,

        Plaintiff,                      Case No. 1:03-cv-797

v                                    Hon. Hugh W. Brenneman, Jr.

BASIL WOLEVER,

        Defendant.

_____/


**<u>JUDGMENT</u>**

        This action came before the Court for a trial by jury.  The issues have been tried

and the jury has rendered its verdict.

        IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the

action be dismissed on the merits.


Dated:  March 13, 2007                /s/ Hugh W. Brenneman, Jr.
                                  Hugh W. Brenneman, Jr.
                                  United States Magistrate Judge