UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH RAY ADKINS,

        Plaintiff,

Case No. 1:03-CV-797

Hon. Hugh W. Brenneman, Jr.

vs.

BASIL WOLEVER,

        Defendant.

                                 /

**JUDGMENT ON REMAND**

For the reasons stated in the court's order on remand entered April 21, 2011:

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing and that the action be dismissed on the merits.

Dated: April 22, 2011                                /s/ Hugh W. Brenneman, Jr.
                                                             HUGH W. BRENNEMAN, JR.
                                                             United States Magistrate Judge